UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

FEDERAL HOME LOAN
MORTGAGE CORPORATION,

       Plaintiffs,

  v.

ANDREW D. MACRITCHIE,
CYNTHIA L. MACRITCHIE,

       Defendants.

No. 2:11-cv-01291-MCE-GGH

**ORDER REMANDING CASE**

----oo0oo----

Plaintiff filed this proceeding in Placer County Superior Court on or about May 6, 2011. Plaintiff Federal Home Loan Mortgage Corporation ("Plaintiff) alleges it purchased the subject property at a trustee's sale on March 5, 2010, over a year ago, and now seeks to remove Defendants, who are in possession of the property, by way of unlawful detainer. On May 13, 2011, Defendants removed the lawsuit to this Court, citing subject matter jurisdiction under 12 U.S.C. § 1452(f), which grants original jurisdiction to district courts of the United States in actions to which Plaintiff is a party, without regard to amount or value.

1

1    Plaintiff now asks the Court to remand the action back to
2 state court where it originated, and seeks an order shortening
3 time to have the matter heard on an expedited basis.
4    As a court of limited jurisdiction, this Court must always
5 scrutinize the basis upon which its jurisdiction purportedly
6 rests.  Here, Section 1452(f) vests original, but not exclusive,
7 jurisdiction on cases to which Plaintiff is a party.  The statute
8 goes on to make it clear that where Plaintiff elects to file an
9 action in state court, as it properly did here (given the fact
10 that unlawful detainer proceedings are based solely on California
11 law under California Code of Civil Procedure Sections 1161a and
12 1174(b)), removal to federal court is available only to Plaintiff
13 (the statute provides that such an action "may at any time before
14 the trial thereof be removed by [Plaintiff]".  Section 1452 does
15 not confer any similar right to remove on defendants in a case,
16 like this one, instituted in state court.  Accordingly Defendants
17 removed the action to this Court without justification, and it
18 must be remanded back to state court where it belongs.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

1 | Given the foregoing, and on its own motion, the Court
2 | remands the matter back to the originating court, the Superior
3 | Court of the State of California, County of Placer for further
4 | adjudication.  Plaintiff's Ex Parte Application for an Order
5 | Shortening Time for a Motion to Remand (ECF No. 7) is accordingly
6 | moot.  The Clerk of this Court is directed to close the file.
7 | IT IS SO ORDERED.

Dated: May 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE